```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BDO USA, P.C.,

                Movant,

        -v-

ELLIOT FUHR,

                Respondent.
------------------------------------------------------------------X

25-mc-00572 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The motion to transfer this matter to the United States District Court for the Eastern District of Virginia is GRANTED on consent. See Fed. R. Civ. P. 45(g).

The Clerk of Court is respectfully directed to transfer this matter to the United States District Court for the Eastern District of Virginia and to close the motion at Dkt. No. 8. The Court waives the provision of Local Civil Rule 83.1 that requires a seven-day delay before the Clerk of Court may effectuate the transfer of the case.

SO ORDERED.

Dated: January 6, 2026
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge